# Exhibit 3

(intentionally left blank)