UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

LAPEER INDUSTRIES, INC            Case No. 20-48744
                                            Chapter 11 proceeding

            Debtor.                   Judge: Maria L. Oxholm
_____/

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN   )
                              ) ss.
COUNTY OF GENESEE   )

       I hereby certify that on January 26, 2021, I electronically filed Debtor's Second Motion for Entry of an Order (i) Approving Bidding Procedures, (ii) Scheduling an Auction and a Sale Hearing in connection with the Sale of Substantially all of Debtor's Assets, (iii) Establishing Dates and Deadlines in connection with the Sale, (iv) Approving the form of the Asset Purchase Agreement, and (v) Granting Related Relief; and for Entry of an Order (a) Authorizing the Sale of Substantially all of Debtor's Assets free and clear of Liens, Claims, Encumbrances, and Interests, and (b) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (c) Granting Related Relief; and for Entry of an Order Establishing an Administrative Claims Bar Date with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

I hereby certify that I mailed the above stated documents by U.S. Postal Service to the following:

**See attached Matrix**

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE AND FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF.

/s/ Gina M. Herron
Gina M. Herron
9460 S. Saginaw Rd., Suite A
Grand Blanc, MI 48439
(810) 579-3600
ztucker@winegarden-law.com

Label Matrix for local noticing
0645-2
Case 20-48744-mlo
Eastern District of Michigan
Detroit
Tue Jan 26 09:32:05 EST 2021

123 Net, Inc.
24700 Northwestern Hwy, Suite 700
Southfield, MI 48075-2327

290 McCormick, LLC
c/o Seyburn Kahn, P.C.
2000 Town Center-Suite 1500
Southfield, MI 48075-1148

ABC Roll Company
301 Church Street
Mount Clemens, MI 48043-2180

ACAR Leasing LTD d/b/a GM Financial Leasing
P.O. Box 183853
Arlington, TX 76096-3853

AHB Tooling & Machinery, Inc.
15300 Martin Road
Roseville, MI 48066-2348

AMZ Manufacturing Corp.
2206 Pennsylvania Avenue
York, PA 17404-1790

AUT-TECH AMS, Inc.
2573 Hamline Ave N
Suite A
Roseville, MN 55113-3183

Absolute Equipment Company
3038 Babcock Blvd. # 2716
Pittsburgh, PA 15237-2716

Advanced Disposal
Solid Waste Midwest LLC - V2
PO Box 47008047
Chicago, IL 60674-8047

Aero Technical Components, Inc
2800 Gandy Blvd N
Saint Petersburg, FL 33702-2018

AeroBase Group Inc
145 East Drive, Unit B
Melbourne, FL 32904-1007

Aircraft Fasteners International LLC
PO Box 51675
Los Angeles, CA 90051-5975

Airgas USA LLC
PO Box 73445
Chicago, IL 60673-4445

Alex Nikora IV
c/o Outten & Golen LLP
Rene S. Roupinian
685 Third Avenue, 25th Floor
New York, NY 10017-8413

Alex Nikora IV on behalf of himself and all
Raisner Roupinian LLP
270 Madison Avenue, Suite 1801
270 Madison Avenue, Suite 1801
New York, NY 10016-0600

All American Septic Service
PO Box 277
Imlay City, MI 48444-0277

Allied Eagle Supply Company
1801 Howard Street
Detroit, MI 48216-1920

Allied Electronics, Inc.
7151 Jack Newell Blvd. S
Fort Worth, TX 76118-7037

Alma Container Corporation
1000 Cahrles Ave
PO Box 98
Alma, MI 48801-0098

Almond Products Inc.
17150 148th Ave
Spring Lake, MI 49456-9514

American Tooling Center
4111 Mt. Hope Rd
Grass Lake, MI 49240-9513

Ameripak
591 Bradford
Pontiac, MI 48341-3112

Amur Equipment Finance Inc.
308 North Locust Street, Suite 100
Grand Island, NE 68801-5985

Andy's Roofing
3140 Kleinpell Street
Burton, MI 48507-2100

ArcelorMittal Plate LLC ('ArcelorMittal
Elliot M. Smith
200 Public Square, Suite 2300
Benesch, Friedlander, Coplan & Aron
Cleveland, OH 44114-2378

Arcelormittal Plate LLC
25465 Network Place
Chicago, IL 60673-1254

Arin Incorporated
29139 Calahan
Roseville, MI 48066-1850

Arrow Uniform
500 S. Outer Drive
Saginaw, MI 48601-6403

Axsys Inc.
29627 West Tech Drive
Wixom, MI 48393-3561

| | | |
|---|---|---|
| B & B Tool<br>465 S Glaspie St<br>Ste B<br>Oxford, MI 48371-5175 | BAE System Land & Armaments<br>Attn: 6011<br>11215 Rushmore<br>Charlotte, NC 28277-3439 | BDI<br>4184 Pier North Blvd<br>Suite D<br>Flint, MI 48504-1393 |
| Bailey HYD<br>1931 Bomar Avenue<br>Fort Worth, TX 76103-2102 | Megan R.I. Baxter<br>150 West Jefferson Avenue<br>Suite 2500<br>Detroit, MI 48226-4415 | Beard Tool & Manufacturing<br>4627 Cottrell Rd<br>Vassar, MI 48768-9203 |
| Bennett Tooling Solutions<br>6185 Tittabawassee Rd #3c<br>Saginaw, MI 48603-9702 | Berger, Ghersi & LaDuke PLC<br>300 East Long Lake Road<br>Suite 135<br>Bloomfield Hills, MI 48304-2430 | Brendan G. Best<br>160 W. Fort St.<br>5th Floor<br>Detroit, MI 48226-3700 |
| Best Western Lapeer Inn<br>770 West St<br>Lapeer, MI 48446-3065 | David M. Black<br>One Towne Square<br>17th Floor<br>Southfield, MI 48076-3729 | Bloom Roofing Systems, Inc<br>12238 Emerson Drive<br>Brighton, MI 48116-8336 |
| Blue Diamond Steel Casting, Inc<br>125 Sturm Road<br>Pigeon, MI 48755-8500 | Bruce Johnson Plumbing<br>1591 Red Maple Rd<br>Lapeer, MI 48446-8708 | Budgetech Laser Repair<br>10901 Meadowglen Lane<br>#318<br>Houston, TX 77042-3339 |
| Burkard Industries, Inc.<br>35300 Kelly Road<br>Clinton Township, MI 48035-2446 | Butzel Long<br>150 W Jefferson Ave<br>Suite 100<br>Detroit, MI 48226-4452 | C & S Motors<br>113 S Dort Hwy<br>Flint, MI 48503-2892 |
| C A Merz Technical<br>5749 Old US 23<br>Fenton, MI 48430-9372 | CDW Direct, LLC<br>200 North Milwaukee Ave<br>Vernon Hills, IL 60061-1577 | CIT<br>PO Box 550599<br>Jacksonville, FL 32255-0599 |
| CIT Finance, LLC<br>c/o Bankruptcy Processing Solutions, Inc<br>PO Box 593007<br>CIT Finance, LLC, c/o Bankruptcy Process<br>San Antonio, TX 78259-0200 | CNC Systems, Inc<br>14312 Chambers Rd<br>Tustin, CA 92780-6912 | CONSUMERS ENERGY COMPANY<br>Attn: Legal Dept<br>One Energy Plaza<br>Jackson, MI 49201-2357 |
| Casemer Tool and Machine<br>2765 Metamora Rd<br>Oxford, MI 48371-2357 | Castle Metals<br>PO Box 775477<br>Chicago, IL 60677-5477 | Catt Spindle Grinding Service<br>3590 Krafft Road<br>Fort Gratiot, MI 48059-3705 |
| Jong-Ju Chang<br>39577 Woodward Ave.<br>Suite 300<br>Bloomfield Hills, MI 48304-5086 | Charlotte Anodizing Products, Inc.<br>591 Packard Hwy<br>Charlotte, MI 48813-9701 | ChoiceOne Bank<br>c/o 316 McMorran Blvd<br>Port Huron, MI 48060-3808 |

| | | |
|---|---|---|
| ChoiceOne Bank<br>637 S Main Street<br>Lapeer, MI 48446-2432 | Chris Helms Transportation<br>7566 W. Houghton Lake Dr<br>Houghton Lake, MI 48629-9182 | Church's Lumber Yards<br>70 S. Grey Rd<br>PO Box 214560<br>Auburn Hills, MI 48321-4560 |
| Cintas<br>PO Box 631025<br>Cincinnati, OH 45263-1025 | Cintas Fire 636525<br>PO Box 626525<br>Cincinnati, OH 45263-6525 | Cisco WebEx, LLC<br>16720 Collections Center Drive<br>Chicago, IL 60693-0001 |
| City of Lapeer<br>576 Liberty Park<br>Lapeer, MI 48446-2140 | Clampco<br>1743 Wall Road<br>Wadsworth, OH 44281-9558 | Clampco Products Inc.<br>1743 Wall Road<br>Attn: Jerry Biagini - General Manager<br>Wadsworth, OH 44281-9558 |
| Clark Fire and Safety Inc<br>619 S. Washington Street<br>Owosso, MI 48867-3527 | Clifton Steel Company<br>16500 Rockside Rd<br>Maple Heights, OH 44137-4324 | Cole Parmer<br>625 East Bunker Court<br>Vernon Hills, IL 60061-1830 |
| Coley Vending, Inc.<br>1221 James P Cole Blvd<br>Flint, MI 48503-1723 | Commercial Credit Group Inc.<br>525 N. Tryon St., Ste. 1000<br>Charlotte, NC 28202-0210 | Complete Packaging Inc.<br>633 Detroit Ave<br>Monroe, MI 48162-2587 |
| Computer Weld Technology, Inc.<br>10702 Old Bammel N Houston Rd<br>Houston, TX 77086-1776 | Constellation Energy Service-Natural Gas<br>PO Box 5473<br>Carol Stream, IL 60197-5473 | Constellation NewEnergy - Gas Division, LLC<br>1310 Point Street<br>12th Floor<br>Baltimore, MD 21231-3380 |
| Consumers Energy<br>Lansing, MI 48937-0001 | Culligan Water Conditioning of Marlette<br>PO Box 188<br>Marlette, MI 48453-0188 | D I Enterprises<br>2850 E Court Street<br>Flint, MI 48506-4015 |
| DEF Finance and Accounting Svc<br>BSM<br>PO Box 182317<br>Columbus, OH 43218-6299 | DTE<br>414 S. Main Street<br>Ste 600<br>Ann Arbor, MI 48104-2398 | Daniel Schreiber<br>253 Kirksway Ln.<br>Lake Orion, MI 48362-2278 |
| Davison Overhead Door<br>5112 N. State Road<br>Davison, MI 48423-8593 | Shannon L. Deeby<br>Clark Hill PLC<br>151 S. Old Woodward<br>Suite 200<br>Birmingham, MI 48009-6103 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Dependable Precision Mfg., Inc.<br>1111 South Stockton Street<br>Lodi, CA 95240-5933 | Detroit Tube Products<br>300 S Junction St,<br>Detroit, MI 48209-3192 | Doeren Mayhew<br>305 West Big Beaver Road<br>Troy, MI 48084-0231 |

| | | |
|---|---|---|
| Dynamic International Inc.<br>N25 W23287 Paul Road<br>Pewaukee, WI 53072-4074 | Dynamic Machine of Detroit, Inc.<br>1653 East Maple Road<br>Troy, MI 48083-4208 | E&L Service, Inc.<br>920 Demille Road<br>Lapeer, MI 48446-3036 |
| E&R INDUSTRIAL SALES, INC.<br>40800 Enterprise Drive<br>Sterling Heights, MI 48314-3761 | EMCO Corporation<br>30475 S Wixom Rd<br>Suite 125<br>Wixom, MI 48393-2447 | EPI Plating<br>21410 Carlo Dr<br>Clinton Township, MI 48038-1512 |
| ERG Environmental Services<br>13040 Merriman Rd<br>Suite 200<br>Livonia, MI 48150-1803 | EZ 2 Own Inc.<br>5641 Lake Lindero Drive<br>Agoura Hills, CA 91301-1951 | EZ-2-OWN Containers<br>21700 Oxnard St<br>Suite 460<br>Woodland Hills, CA 91367-3689 |
| Ecker Mechanical Contractors, Inc.<br>PO Box 190099<br>Burton, MI 48519-0099 | Edward J. Hood<br>500 Woodward Avenue<br>Suite 3500<br>Detroit, MI 48226-3485 | Edward J. Hood, Clark Hill PLC<br>500 Woodward Ave., Ste. 3500<br>Detroit, Michigan 48226<br>Tel: 313.965.8300; Fax: 313.309.6891<br>Email: ehood@clarkhill.com 48226-3485 |
| Elliot M. Smith<br>Benesch, Friedlander, Coplan & Aron<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114-2378 | Erin Industries, Inc.<br>902 N Pontiac Trail<br>Walled Lake, MI 48390-3234 | Estes Express Lines<br>PO Box 25612<br>Richmond, VA 23260-5612 |
| Factory Steel & Metal<br>Makenzie Becker & Stevens<br>PO Box 817<br>Sharon, CT 06069-0817 | Factory Steel & Metal<br>PO Box 1967<br>Lakeville, CT 06039-1967 | Factory Steel & Metal Supply<br>McKenzie, Becker & Stevens<br>PO Box 817<br>Sharon, CT 06069-0817 |
| FedEx<br>PO Box 371461<br>Pittsburgh, PA 15250-7461 | FedEx Custom Critical<br>1475 Boettler Rd<br>Uniontown, OH 44685-9584 | FedEx Freight<br>PO Box 223125<br>Pittsburgh, PA 15250-2125 |
| Flow International Corporation<br>PO Box 749647<br>Los Angeles, CA 90074-9647 | Fox Valley Spring Company<br>N915 Craftsmen Drive<br>Greenville, WI 54942-8682 | Fusion Chemical Corporation<br>99 E. Joe Street<br>Huntington, IN 46750-4034 |
| G & B Packing Co.<br>1A Colony Road<br>Jersey City, NJ 07305-4501 | GM Financial Leasing<br>PO Box 100<br>Williamsville, NY 14231-0100 | Geisler Company<br>30295 Schoolcraft Road<br>Livonia, MI 48150-2006 |
| Geoteck Services Incorporated<br>13870 Cavaliere<br>Shelby Township, MI 48315-2961 | Gerald M. Friedman Trust dated 4/24/08<br>Jennifer Lechter, Trustee<br>261 West Beach Avenue<br>Inglewood, CA 90302-2904 | Jill M. Gies (UST)<br>211 W. Fort St.<br>Suite 700<br>Detroit, MI 48226-3263 |

| | | |
|---|---|---|
| Global Industrial Equipment<br>11 Harbor Park Drive<br>Port Washington, NY 11050-4646 | Global Industrial Equipment<br>PO Box 905713<br>Charlotte, NC 28290-5713 | Government of Israel Ministry of Defense<br>800 Second Avenue<br>New York, NY 10017-4709 |
| Grand Northern Products<br>9000 Byron Commerce, SW<br>Byron Center, MI 49315-8077 | Great Lakes Metal Finishing, LLC<br>3000 E South<br>Jackson, MI 49201-8741 | Great Lakes Security Hardware<br>20600 14 Mile, Suite A<br>Roseville, MI 48066-1168 |
| Guardian Life Insurance Co.<br>10 Hudson Yards<br>New York, NY 10001-2159 | Harcourt Industrial, Inc.<br>1100 W. Whitcomb Avenue<br>Madison Heights, MI 48071 | Hentzen Coatings, Inc.<br>PO Box 88037<br>Milwaukee, WI 53288-0037 |
| HillPro LLC<br>106 Yeager Court<br>Huntsville, AL 35806-3723 | Hoff Enginerring Company<br>475 S. Glaspie Street<br>Oxford, MI 48371-5131 | Holland<br>27052 Network Place<br>Chicago, IL 60673-1270 |
| Edward J. Hood<br>Clark Hill PLC<br>500 Woodward Avenue<br>Suite 3500<br>Detroit, MI 48226-3485 | Hurco Companies, Inc.<br>One Technology Way<br>PO Box 68180<br>Indianapolis, IN 46268-0180 | Hurco USA<br>PO Box 77000<br>Dept. 771015<br>Detroit, MI 48277-1015 |
| Hurley Health Services<br>1125 S. Linden Road<br>Ste. 210<br>Flint, MI 48532-4069 | Hurley Health Services<br>PO Box 20<br>Flint, MI 48501-0020 | Huron Casting, Inc.<br>7050 Hartley Street<br>Pigeon, MI 48755-5190 |
| Hydrotech Engineering Inc<br>7 Saratoga Ct<br>Cleveland, OH 44122-7550 | IPFS<br>PO Box 412086<br>Kansas City, MO 64141-2086 | Ibide Corporation<br>2804 Lindin Way<br>Woodstock, MD 21163-1400 |
| Igus Bearings Inc.<br>PO Box 14349<br>East Providence, RI 02914-0349 | Image Printing<br>1902 Crooks Rd<br>Royal Oak, MI 48073-4048 | Impression Center<br>224 Minnesota Ave<br>Troy, MI 48083-4667 |
| Independent Bankersbank<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Industrial Control Repair, Inc.<br>28601 Lorna Avenue<br>Warren, MI 48092-3931 | Industrial Metal Sales LLC<br>95 South Rose Street<br>Suite C<br>Mount Clemens, MI 48043-2187 |
| Inmotion Controls<br>1914 Silver Street<br>Garland, TX 75042-6645 | Inspec Inc.<br>7282 Haggerty Road<br>Canton, MI 48187-2436 | Integrity Testing & Safety Administratio<br>6015 19 Mile Rd<br>Sterling Heights, MI 48314-2105 |

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | J. Christopher Caldwell<br>1111 West Long Lake Road<br>Suite 202<br>Troy, MI 48098-6333 | JGB Enterprises<br>115 Metropolitan Drive<br>Liverpool, NY 13088-5389 |
| Jennifer J. Green<br>151 South Old Woodward Avenue<br>Suite 200<br>Birmingham, MI 48009-6103 | Jerry's Tire<br>2085 W Hill Road<br>Flint, MI 48507-4650 | John I. Bain, Jr<br>27780 Novi Road, Suite 225<br>Novi, MI 48377-3402 |
| Jonathan R. Crane P33749<br>1126 N. Main St.<br>Rochester, MI 48307-7105 | Jong-Ju Chang<br>Dykema Gossett PLLC<br>39577 Woodward Avenue, Ste. 300<br>Bloomfield Hills MI 48304-5086 | KLDiscovery LLC<br>8201 Greensboro Dr<br>Ste 300<br>Mc Lean, VA 22102-3814 |
| KOTZ SANGSTER WYSOCKI<br>Jeffrey A. Heldt<br>36700 Woodward Ave, Suite 202<br>Bloomfield Hills, MI 48304-0930 | KRT Precision Tool & Mfg.<br>1300 Mitchell Street<br>Jackson, MI 49203-3341 | Kapala Heating & Air Conditioning<br>1575 Imlay City Road<br>Lapeer, MI 48446-3188 |
| Keith Brace Inc.<br>1819 Castle Road<br>North Branch, MI 48461-8761 | Keith R. Kraus, Esq.<br>60 South Park Place<br>Painesville, OH 44077-3417 | Kevin Pinegar<br>c/o Michael A. Weisserman<br>31731 Northwestern Hwy., #333<br>Farmington, MI 48334-1669 |
| Kimball Midwest<br>4800 Roberts Rd<br>Columbus, OH 43228-9791 | Koike Aronson Inc<br>635 West Main St.<br>Arcade, NY 14009-1035 | Laboratory Testing Inc.<br>2331 Topaz Drice<br>Hatfield, PA 19440-1936 |
| Lakestone Bank and Trust<br>5508 Davison Road<br>Lapeer, MI 48446-2792 | Lapeer County EMS<br>3565 W. Genesee St.<br>Lapeer, MI 48446-2915 | Lapeer County EMS Authority<br>PO Box 533<br>Lapeer, MI 48446-0533 |
| Lapeer County I.S.D<br>1996 West Oregon Street<br>Lapeer, MI 48446-1121 | Lapeer County Treasurer<br>255 Clay Street<br>Suite 303<br>Lapeer, MI 48446-2205 | Lapeer Industries, Inc.<br>3140 John Conley Drive<br>Lapeer, MI 48446-2987 |
| Lapeer Industries, Inc.<br>800 Second Avenue<br>11th Floor<br>Attn: Daniel R. Weinfeld, Esq.<br>New York, NY 10017-4709 | Lapeer Janitorial Service<br>RWK Services, Inc<br>4700 Rockside Rd Ste 330<br>Independence, OH 44131-2151 | Leading Technology Composites Inc<br>2626 West May<br>Wichita, KS 67213-1854 |
| Lee Contracting<br>631 Cesar E Chavez Ave<br>Pontiac, MI 48342-1074 | Liaison Technologies<br>Dept  952956<br>Atlanta, GA 31192-2956 | David T. Lin<br>2000 Town Center<br>Suite 1500<br>Southfield, MI 48075-1195 |

| | | |
|---|---|---|
| Loc Performance Products, Inc.<br>c/o Seyburn Kahn, P.C.<br>2000 Town Center<br>Suite 1500<br>Southfield, MI 48075-1148 | Lumco Manufacturing Company<br>2027 Mitchell Lake Road<br>Lum, MI 48412-9243 | MPD Welding, Inc.<br>PO Box 99277<br>Troy, MI 48099-9277 |
| MSC Industrial Supply<br>75 Maxess road<br>Melville, NY 11747-3151 | MSC Industrial Supply Co.<br>PO Box 953635<br>Saint Louis, MO 63195-3635 | MacAllister Rentals<br>Dept 78731<br>PO Box 78000<br>Detroit, MI 48278-0731 |
| Machining & Fabricating Inc.<br>30546 Grosebeck Hwy<br>Roseville, MI 48066-1594 | Magna Chek, Inc<br>32701 Edward Ave<br>Madison Heights, MI 48071-1422 | Mahar Tool Supply Company<br>112 Williams Street<br>Saginaw, MI 48602-1441 |
| Manufacturers Capital<br>227 West Trade Street<br>Suite 1450<br>Charlotte, NC 28202-2664 | Marvin Engineering Co, Inc.<br>261 W Beach Ave<br>Inglewood, CA 90302-2904 | Mattina, Kent, & Gibbons, P.C.<br>951 S. Main Street<br>Suite 3<br>Lapeer, MI 48446-4128 |
| McLaren Corporate Services<br>PO Box 775395<br>Chicago, IL 60677-5395 | McLaren Health Plan<br>G-3245 Beecher Road<br>Flint, MI 48532-3615 | McLaren Health Plan Community<br>PO Box 771983<br>Detroit, MI 48277-1983 |
| McMaster-Carr<br>200 Aurora Industrial Pkwy<br>Aurora, OH 44202-8090 | McMaster-Carr Supply Company<br>PO Box 7690<br>Chicago, IL 60680-7690 | Medler Electric Company<br>1643 Imlay City Road<br>Lapeer, MI 48446-3177 |
| Meritor HVSA<br>70 Barkshire Road<br>Sunshine Vicrotia 3020<br>Australia | Meritor Heavy Vehicle Systems LLC<br>2135 West Maple Road<br>Troy, MI 48084-7121 | Meritor Inc.<br>2135 W Maple Road<br>Troy, MI 48084-7121 |
| Metals East Inc.<br>127 Island Cove<br>Palm Beach Gardens, FL 33418-5773 | Metals East Inc.<br>David Zigerman - President<br>127 Island Cove Way<br>Palm Beach Gardens, FL 33418-5773 | Metals East, Inc.<br>127 Island Cove Way<br>Palm Beach Gardens, FL 33418-5773 |
| Metro Welding Supply Corporation<br>12620 Southfield<br>Detroit, MI 48223-3598 | Metropolitan Air Compressor Co.<br>15990 Sturgeon<br>Roseville, MI 48066-1963 | Michael A. Steel<br>Brennan, Manna & Diamond<br>75 E. Market St.<br>Akron, OH 44308-2010 |
| Michfab Machinery Inc.<br>4855 Starr S.E.<br>Grand Rapids, MI 49546-6348 | Michigan Attorney General<br>G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909-7712 | Michigan Chamber of Commerce<br>600 S. Walnut Street<br>Lansing, MI 48933-2200 |

| | | |
|---|---|---|
| Michigan Department of Treasury<br>Bankruptcy Unit<br>P.O. Box 30168<br>Lansing, MI 48909<br>5 48909-7668 | Michigan Department of Treasury<br>Lansing, MI 48922-0001 | Michigan Industrial Shoe<br>25477 W Eight Mile Rd<br>Redford, MI 48240-1093 |
| Michigan Millers Mutual Ins. Co.<br>PO Box 55000<br>Detroit, MI 48255-2083 | Mid-States Bolt & Screw Co.<br>PO Box 2050<br>Flint, MI 48501-2050 | Military & Commercial Fasteners<br>1-83 Industrial Park<br>R. D. 5<br>York, PA 17402 |
| Susan Moody<br>3030 W Grand Blvd.<br>Suite 10-200<br>Detroit, MI 48202-6030 | Thomas R. Morris<br>Silverman & Morris, P.L.L.C.<br>32300 Northwestern Highway<br>Suite 215<br>Farmington Hills, MI 48334-1506 | Morrison Industrial Equipment<br>1825 Monroe<br>PO Box 1803<br>Grand Rapids, MI 49501-1803 |
| Motion Industries Inc.<br>PO Box 98412<br>Chicago, IL 60693-8412 | Motor City Fastener, Inc.<br>Dept 85<br>PO Box 4985<br>Houston, TX 77210-4985 | Motor City Machine Tool<br>15100 Mercantile Drive<br>Dearborn, MI 48120-1223 |
| Motor City Machine Tool Repair, LLC<br>(Motor City Spindle Repair)<br>Ted Ladzinski<br>15100 Mercantile Drive<br>Dearborn, MI 48120-1223 | Multi Machining Capabilities Inc<br>27482 Northline Rd<br>Romulus, MI 48174-2826 | Murtaugh Treglia Stern & Deily LLP<br>PO Box 19629<br>Irvine, CA 92623-9629 |
| Navistar<br>PO Box 59007<br>Knoxville, TN 37950-9007 | Neff Engineering<br>5375 Hill 23 Drive<br>Flint, MI 48507-3906 | Next Industries<br>13870 Cavaliere Dr<br>Shelby Charter Twp, MI 48315-2961 |
| (p)NEXT INDUSTRIES INC<br>ATTN R E SHIPLEY<br>13870 CAVALIERE DRIVE<br>SHELBY TOWNSHIP MI 48315-2961 | Northern Technologies International Corp<br>4201 Woodland Rd<br>Circle Pines, MN 55014-1794 | Novastar Solutions<br>35200 Plymouth Rd<br>Livonia, MI 48150-1456 |
| Office Depot Inc.<br>PO Box 633211<br>Cincinnati, OH 45263-3211 | Office of The United States Trustee<br>211 W. Fort Street<br>Suite 700<br>Detroit, MI 48226-3263 | Olson Aluminum Casting<br>2135 15th Street<br>Rockford, IL 61104-7310 |
| Olympus America Inc.<br>Dept 3595<br>PO Box 123595<br>Dallas, TX 75312-3595 | Omega Industries of Michigan, LLC<br>3744 Linden Ave<br>Grand Rapids, MI 49548-3428 | P.F. Markey, Inc.<br>2880 Universal Drive<br>PO Box 5769<br>Saginaw, MI 48603-0769 |
| PCB Piezotronics, Inc.<br>3425 Walden Ave<br>Depew, NY 14043-2495 | PF Markey Inc.<br>2880 Universal Dr.<br>Saginaw, MI 48603-2411 | PPI Aerospace Inc.<br>Jonathan R. Crane<br>1126 N. Main St.<br>Rochester, MI 48307-7105 |

| | | |
|---|---|---|
| PPI Aerospace, LLC<br>23514 Groesbeck Hwy<br>Warren, MI 48089-4246 | Pacific Steel Casting Company, LLC<br>1333 Second Street<br>Berkeley, CA 94710-1317 | Paramelt Veendam BV<br>A. Tripweg 25<br>9641 KN<br>Veendam, Netherlands |
| Parker Steel International<br>1625 Indian Wood Circle<br>Maumee, OH 43537-4003 | Parton & Preble, Inc.<br>23507 Groesbeck<br>Warren, MI 48089-2694 | Parton & Preble, Inc.<br>23507 Groesbeck Hwy<br>Warren, MI 48089-2694 |
| Phoenix Machinery Movers, Inc.<br>50555 Corporate Drive<br>Shelby Charter Twp, MI 48315-3103 | Pierce Aluminum Company, Inc.<br>34 Forge Park<br>Franklin, MA 02038-3134 | Polygon Company<br>103 Industrial Park Drive<br>Walkerton, IN 46574-1068 |
| Praxair Distribution, Inc.<br>10 Riverview Drive<br>Danbury, CT 06810-6268 | Precision Prototype & Mfg.<br>500 Marilin Street<br>Eaton Rapids, MI 48827-1844 | Progress Rail A Caterpiller Co<br>Corporate Accounts Payable<br>1605 Progressive Drive<br>PO Box 1037<br>Albertville, AL 35950-0017 |
| Pure Water Partners<br>9635 E. Park Davis Drive<br>Indianapolis, IN 46235-5202 | Quality Fastener & Supply Co.<br>3100 Adventure Lane<br>Oxford, MI 48371-1637 | Quantum Manufacturing<br>118 Indianwood Rd., Suite C<br>Lake Orion, MI 48362-4013 |
| Quest Industries Inc.<br>3309 John Conley Dr.<br>Lapeer, MI 48446-4301 | R.E.D. Laser Inc.<br>5684 East Higland Road, Suite 2<br>Howell, MI 48843-9735 | R.S. Hughes<br>47705 West Road, Suite B105<br>Wixom, MI 48393-4738 |
| RJ Logistics, LLC<br>30860 Sierra Dr.<br>Chesterfield, MI 48047-3538 | RR Donnelley Logistics Services Worldwid<br>PO Boc 932721<br>Cleveland, OH 44193-0015 | Ramtec Corporation<br>409 E. Saint Clair St.<br>Romeo, MI 48065-5270 |
| Rapid Shred<br>2181 N. Opdyke Road<br>Auburn Hills, MI 48326-2434 | Raytheon<br>Account Payable Support<br>4101 E. Plano Prky<br>Plano, TX 75074-1814 | Rexnord Industries, inc.<br>PO Box 93944<br>Chicago, IL 60673-3944 |
| Ronald B. Rich<br>Ronald B. Rich & Associates<br>30665 Northwestern Highway<br>Suite 280<br>Farmington Hills, MI 48334-3147 | Ronson Technical Products<br>Divison of Energy and Process Corp.<br>2145-B Flintstone Dr.<br>Tucker, GA 30084-5000 | Ross Automotive Supply<br>433 N. Saginaw St.<br>Lapeer, MI 48446-2335 |
| Roxtec Inc.<br>Box 540<br>371 23 Karlskrona<br>Sweden | Roy C. Sgroi<br>12845 Farmington Road<br>Suite 1<br>Livonia, MI 48150-1607 | Roy Smith Company<br>14650 Dequindre St<br>Detroit, MI 48212-1597 |

| | | |
|---|---|---|
| Royal Adhesives & Sealants<br>PO BOX 711886<br>Cincinnati, OH 45271-1886 | Royal Oaks Capital Corporation<br>261 W Beach Avenue<br>Inglewood, CA 90302-2904 | Royal Oaks Capital Corporation<br>c/o Jong-Ju Chang, Dykema Gossett PLLC<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI 48304-5086 |
| Rudolph Bros. & Co<br>6550 Oley Speaks Way<br>Canal Winchester, OH 43110-8274 | Ryan Frisbie<br>4555 S. Palo Verde, Ste 125<br>Tucson, AZ 85714-1959 | SIC Marking USA<br>137 Delta Drive<br>Pittsburgh, PA 15238-2805 |
| SMS Modern Hard Chrome LLC<br>12880 E 9 Mile Road<br>Warren, MI 48089-2660 | SSAB Americas<br>801 Warrenville Rd<br>Lisle, IL 60532-1396 | Samuel, Son & Co.<br>580 Kirts Blvd., Suite 300<br>Troy, MI 48084-4138 |
| Samuel, Son & Co. (USA) Inc.<br>1111 West Long Lake Road, Suite 202<br>Troy, MI 48098-6333 | Satelite Specialized Transportation<br>63211 Service Rd<br>Bend, OR 97703-8681 | Scarlett Machinery<br>4355 Airwest Dr. Se<br>Grand Rapids, MI 49512-3920 |
| Security Vitals, LLC<br>Wolfson Bolton PLLC<br>3150 Livernois<br>Suite 275<br>Troy, MI 48083-5034 | Sentinel Technologies<br>2550 Warrenville Road<br>Downers Grove, IL 60515-1723 | Mark H. Shapiro<br>25925 Telegraph Rd.<br>Suite 203<br>Southfield, MI 48033-2527 |
| Sharp Cutter Grinding Co.<br>31469 Utica Road<br>Fraser, MI 48026-2533 | Shippers Supply<br>401 11th Avenue South, Suite 100<br>Hopkins, MN 55343-7841 | David R. Shook<br>6480 Citation Drive<br>Clarkston, MI 48346-5207 |
| Shoreline Investment Service/Thumb Alarm<br>PO Box 664<br>Lapeer, MI 48446-0664 | Shred-it USA LLC<br>28883 Network Place<br>Chicago, IL 60673-1288 | Single Source Technologies, Inc.<br>2600 Superior Court<br>Auburn Hills, MI 48326-4313 |
| Elliot Michael Smith<br>200 Public Sq<br>Suite 2300<br>Cleveland, OH 44114-2309 | Sodick Inc.<br>28572 Network Place<br>Chicago, IL 60673-1285 | Sorce Partners<br>4166 Meadow Lane<br>Bartlett, TN 38135 |
| Spec-Weld Technologies<br>2195 Middleton Pike<br>Luckey, OH 43443-9761 | Stampede Die & Enginerring<br>1142 Electric Ave<br>Wayland, MI 49348-8901 | Star Crane East, Inc<br>11340 54th Avenue<br>Allendale, MI 49401-9222 |
| Star Crane East, Inc.<br>c/o Law Offices of Richard A. Green<br>133 W. Main St.<br>Ste. 130<br>Northville, MI 48167-1579 | Starr, Butler, Alexopoulos & Stoner, PLL<br>20700 Civic Center Drive Ste. 290<br>Southfield, MI 48076-4133 | State of Michigan, Department of Treasury<br>Michigan Department of Treasury<br>Cadillac Place<br>3030 W. Grand Blvd., Ste. 10-200<br>Detroit, MI 48202-6030 |

| | | |
|---|---|---|
| Steel Plate LLC<br>PO Box 95129<br>Palatine, IL 60095-5129 | Steel Warehouse Company<br>2722 West Tucker Drive<br>Box 1377<br>South Bend, IN 46619-4292 | Stephen Gould Corp<br>700 Welch Road<br>Commerce Township, MI 48390-3812 |
| Steven C. Lynch<br>33233 Woodward Avenue<br>Birmingham, MI 48009-0903 | Sheldon Stone<br>255 East Brown Street<br>Birmingham, MI 48009-6206 | Sheldon L. Stone<br>Amherst Partners, LLC<br>255 East Brown Street<br>Ste 120<br>Birmingham, MI 48009-6207 |
| Structural Engineering Solutions LLC<br>49030 Pontiac Trail<br>Suite 200<br>Wixom, MI 48393-2586 | Summit Companies<br>2500 Lexington Ave S<br>Mendota Heights, MN 55120-1260 | Sun-Tec Corporation<br>46590 Ryan Court<br>Novi, MI 48377-1730 |
| Sunshine Metals<br>PO Box 1666<br>Zachary, LA 70791-1666 | Sunsource<br>23851 Network Place<br>Chicago, IL 60673-1238 | Superior Heat Treat LLC<br>36125 Groesbeck Hey<br>Clinton Township, MI 48035-1544 |
| Marc N. Swanson<br>Miller Canfield Paddock and Stone, P.L.C<br>150 W. Jefferson<br>Suite 2500<br>Detroit, MI 48226-4415 | TG Investment Capital, Inc<br>232725 Momentum Place<br>Chicago, IL 60689-0001 | TRW Landscapes, LLC<br>PO Box 629<br>Lapeer, MI 48446-0629 |
| Tactical Workforce Solutions, Inc.<br>DBA STS TEchnical Services<br>PO Box 628318<br>Orlando, FL 32862-8318 | Tek4UFast<br>2185 E Ohmer Rd (M-24)<br>Mayville, MI 48744-9501 | Textron Procurement Department<br>1010 Gause Blvd<br>Slidell, LA 70458-2950 |
| The Armored Group<br>5221 N. Saddle Drive<br>Phoenix, AZ 85018 | The Armored Group, LLC<br>5221 N. Saddlerock Dr.<br>Phoenix, AZ 85018-1829 | The Paneloc Corporation<br>142 Brickyard Road<br>Farmington, CT 06032-1202 |
| Thermo Vac Inc.<br>201 W. Oakwood Rd<br>Oxford, MI 48371-1635 | Thumb Alarm Systems, Inc.<br>2513 Imlay City Road<br>Lapeer, MI 48446-3215 | Toshiba Machine Co., America<br>755 Greenleaf Avenue<br>Elk Grove Village, IL 60007-5000 |
| S. Douglas Touma<br>316 McMorran Blvd.<br>Port Huron, MI 48060-3808 | Toyoda Machinery USA<br>316 West University Drive<br>Arlington Heights, IL 60004-1825 | Transparent Energy LLC<br>19 Clifford St. Detroit<br>Detroit, MI 48226-1705 |
| Trescal<br>1200 Old US 23<br>Howell, MI 48843-9036 | Tri-Star Steel<br>9281 Freeland<br>Detroit, MI 48228-2300 | Trion Solutions, Inc.<br>Attn: James Baiers<br>888 W. Big Beaver Road, Suite 1000<br>Troy, MI 48084-4749 |

| | | |
|---|---|---|
| Trion Staffing Solutions Inc.<br>340 E Big Beaver<br>Suite 150<br>Troy, MI 48083-1244 | Troy Tube & Manufacturing Co<br>PO Box 696<br>New Baltimore, MI 48047-0696 | True North<br>DBA Defense Contract Development Corp<br>300 S Riverside Ave<br>Suite 101<br>Saint Clair, MI 48079-5386 |
| Trumpf Inc.<br>Dept 135<br>PO Box 150473<br>Hartford, CT 06115-0473 | Trust Manufacturing<br>20080 St. Clair Ave<br>Cleveland, OH 44117-1015 | Zachary R. Tucker<br>G9460 S. Saginaw St.<br>Suite A<br>Grand Blanc, MI 48439 |
| U.S. Bank Equipment Finance<br>PO Box 790448<br>Saint Louis, MO 63179-0448 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | UPS Freight<br>28013 Network Place<br>Chicago, IL 60673-1280 |
| UniFirst Corporation<br>500 S. Outer Drive<br>Saginaw, MI 48601-6403 | Unisorb<br>4117 Felters Road<br>Michigan Center, MI 49254-1076 | United States Attorneys Office<br>210 Federal Building<br>600 Church Street<br>Flint, MI 48502-1200 |
| United Technical Inc.<br>1081 E. North Territorial Road<br>Whitmore Lake, MI 48189-9253 | Van Sant Enterprises<br>d/b/a Trick-Tools.com<br>75 Truman Road<br>Pella, IA 50219-2173 | Verhoff Machine & Welding, Inc.<br>7300 Road 18<br>Continental, OH 45831-8826 |
| Verify<br>PO Box 8320<br>Pasadena, CA 91109-8320 | Vicon Fabricating Company<br>7200 Justin Way<br>Mentor, OH 44060-4881 | Village Printing<br>349 McCormick Dr<br>Lapeer, MI 48446-2574 |
| W.H. Duffill Inc.<br>411 E. 9 Mile Rd.<br>P.O. Box 34<br>Hazel Park, MI 48030-0034 | W.H. Dufil, Inc.<br>411 E. 9 Mile Rd<br>PO Box 34<br>Hazel Park, MI 48030-0034 | Wells Fargo Bank, N.A.<br>800 Walnut Street MAC F0005-055<br>Des Moines, IA 50309-3891 |
| Wells Fargo Equipment Finance<br>Manufacturer Services Group<br>PO Box 7777<br>San Francisco, CA 94120-7777 | Wells Fargo Vendor Fin Svcs<br>PO Box 64211<br>Pittsburgh, PA 15264-2111 | Wells Fargo Vendor Financial Services, LLC<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404-8247 |
| Williams Scotsman, Inc.<br>PO Box 91975<br>Chicago, IL 60693-1975 | Wilson Tool International Inc<br>12912 Farnham Ave<br>White Bear Lake, MN 55110-5929 | XPO Logistics<br>29559 Network Place<br>Chicago, IL 60673-1559 |
| XPO Logistics Less Than Truckload<br>9151 Boulevard 26 Bldg A<br>North Richland Hills, TX 76180-5600 | YRC<br>PO Box 93151<br>Chicago, IL 60673-3151 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell Financial Services
PO Box 81577
Austin, TX 78708-1577

Next Industries, Inc.
13870 Cavaliere Drive
Shelby Township, MI 48315

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)123.Net, Inc.
24700 Northwestern Hwy, ste 700
Southfield, MI 48075-2327

(d)All American Septic Service Inc.
PO Box 277
Imlay City, MI 48444-0277

(d)Ameripak
591 Bradford
Pontiac, MI 48341-3112

(u)Arcelormittal Plate LLC

(d)Cintas Corporation
PO Box 631025
Cincinnati, OH 45263-1025

(d)Commercial Credit Group, Inc
525 N. Tryon Street
Suite 1000
Charlotte, NC 28202-0210

(d)Ecker Mechanical Contractors,LLC
PO Box 190099
Burton, MI 48519-0099

(u)Lapeer Industries Enterprises, LLC

(d)Loc Performance Products, Inc.
c/o Seyburn Kahn, P.C.
2000 Town Center-Suite 1500
Southfield, MI 48075-1148

(u)Manufacturers Capital

(u)Miller, Canfield, Paddock & Stone PLC

(u)Montgomery & Associates, Inc.

(u)Official Committee of Unsecured Creditors

(u)Oxford REstructuring Advisors LLC

(u)Kevin Pinegar

(u)Royal Oaks Capital Corporation

(u)Trion Solutions, Inc.

(u)Trion Staffing Solutions, Inc.

(u)Andrew R. Vara

End of Label Matrix
Mailable recipients    358
Bypassed recipients     19
Total                  377