UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

LAPEER INDUSTRIES, INC        Case No. 20-48744
                              Chapter 11 proceeding

        Debtor.        Judge: Maria L. Oxholm
_____/

## ORDER GRANTING DEBTOR'S CORRECTED EXPARTE MOTION FOR SHORTENED NOTICE AND EXPEDITED HEARINGS

This matter having come before the Court upon Debtor's Ex-Parte Motion For Shortened Notice and Expedited Hearings ("Motion to Expedite") regarding Debtor's Second Motion for Entry of an Order (i) Approving Bidding Procedures, (ii) Scheduling an Auction and a Sale Hearing in connection with the Sale of Substantially all of Debtor's Assets, (iii) Establishing Dates and Deadlines in connection with the Sale, (iv) Approving the form of the Asset Purchase Agreement, and (v) Granting Related Relief; and for Entry of an Order (a) Authorizing the Sale of Substantially all of Debtor's Assets free and clear of Liens, Claims, Encumbrances, and Interests, and (b) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (c) Granting Related Relief; and for Entry of an Order Establishing an Administrative Claims Bar Date (Doc. 353) AND Debtor's Emergency Motion for an Order Authorizing Debtor in Possession to Obtain Additional Post-petition Financing Pursuant to Section 364 of the Bankruptcy Code (Doc. 360) ("the Motions"); the Court having reviewed the Motion to Expedite; the Court having found that: (a) jurisdiction to consider the Motion to Expedite is proper under 28 U.S.C. §§ 157 and 1334; (b) venue

is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (c) notice of the Motion to Expedite was provided; and (d) good cause exists to grant the relief requested in the Motion to Expedite;

IT IS HEREBY ORDERED that:

1. The Motion to Expedite is granted.

2. The hearing on the Motions will take place before the Honorable Maria L. Oxholm, United States Bankruptcy Judge, on **Thursday, February 4, 2021 at 11:00 a.m. in Courtroom 1875**; Consistent with the Courts Administrative Order No. 2020-4 filed March 16, 2020, effective immediately and until further notice, Judge Oxholm will conduct all conferences and non−evidentiary hearings by telephone. At least five minutes before the scheduled time for hearing, counsel and parties should call (877) 336-1831 and use Access Code 6226995. Landline connections are much preferred, but cell phone or other telephone services are allowed. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating.

3. Any response to the Motion must be filed by 12:00 pm Eastern on Wednesday, February 3, 2021.

**Signed on January 29, 2021**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**